AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

| | |
|---|---|
| Richard Jerome Nelson | ) |
| *Plaintiff* | ) |
| v. | ) |
| The Presidency of the United States | ) |
| *Defendant* | ) |

Civil Action No.     2:10-cv-3262-RMG-BM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■  other: The Report and Recommendations of Magistrate Judge Bristow Marchant are adopted and
incorporated and the Complaint is Dismissed. The Plaintiff shall take nothing on his complaint filed pursuant
to Title 42 U.S.C. § 1983.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge.

Date:   February 18, 2011

*CLERK OF COURT*   Larry W. Propes

*Deputy Clerk*